**STRAUS v. UNITED STATES.**
No. 42787.

Court of Claims.
Nov. 14, 1938.

Francis R. Lash, of Washington, D. C. (C. Leo DeOrsey, of Washington, D. C., on the brief), for plaintiff.

John A. Rees, of Washington, D. C., and James W. Morris, Asst. Atty. Gen. (Robert N. Anderson and Fred K. Dyar, both of Washington, D. C., on the brief), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

The question presented in this case is the same as that involved in Weinburg v. United States, 25 F.Supp. 83, decided by this court this date. Upon authority of that case plaintiffs are not entitled to recover and the petition is dismissed. It is so ordered.